IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| WILLIE ALTON HORNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| 5. | ) | CIVIL ACTION NO. CV109-094 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The defendant has filed a motion seeking remand pursuant to sentence six of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). This Court has the power to remand cases to the Commissioner of Social Security for further action prior to filing an answer. Upon consideration of the motion and for good cause shown, it is,

ORDERED that this case is REMANDED to the Commissioner of Social Security, pursuant to sentence six of 42 U.S.C. § 405(g), prior to filing an answer to conduct a de novo hearing.

SO ORDERED this 15th day of April, 2010.

HON. J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA